UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD EDWARD WORTHY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF BERKELEY, et al.,<br><br>　　　　Defendants. | Case No. 20-cv-05558-EMC   (TSH)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. No. 31 |

ECF No. 31 is a joint discovery letter brief submitted by Defendant City of Berkeley and non-party Alta Bates Summit Medical Center concerning a February 9, 2021 document subpoena the City served on Alta Bates for medical records from March 10, 2020 to March 20, 2020 concerning Plaintiff Richard Edward Worthy. Worthy objects to the subpoena in ECF No. 32. The Court finds that the legal issues concerning the subpoena are duplicative of the issues the Court already addressed in its February 23, 2021 discovery order (ECF No. 27) and that further discussion is unnecessary. Worthy's objections to the subpoena are overruled. The Court orders Alta Bates to produce the requested documents to the City and to designate them "confidential" under the terms of the protective order in this case. The Court also orders the City to serve this order and the protective order (ECF No. 25) on Alta Bates.

**IT IS SO ORDERED.**

Dated: March 5, 2021

THOMAS S. HIXSON
United States Magistrate Judge