SUNITA KAPOOR, LL.M (SBN #154186)
LAW OFFICES OF SUNITA KAPOOR
4115 Blackhawk Plaza Circle, Suite 100
Danville, CA 94506
Telephone: (925) 351-6789
Facsimile: (925) 309-4569
Email: skapoorlaw@gmail.com

Attorney for Plaintiff,
Richard Edward Worthy

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD EDWARD WORTHY<br><br>             Plaintiff,<br><br>        vs.<br><br>CITY OF BERKELEY & HERNAN A. VILLARROEL<br>             Defendants | DOCKET NO: 20-cv-05558-EMC<br><br><br>**NOTICE OF DISMISSAL AND ORDER** |

Plaintiff, Richard E. Worthy ("Plaintiff") acting through counsel, hereby submits this notice of

Dismissal and Order in consideration of a negotiated settlement agreement executed by the Plaintiff

and his Counsel and Farimah Brown, City Attorney for the City of Berkeley on behalf of defendants,

City of Berkeley & Hernan A. Villarroel to this action. Plaintiff dismisses this action as to all

defendants with prejudice. Each Party shall bear all their respective attorney's fees and costs relating

to the Action.

DATED: June 27, 2022                THE LAW OFFICES OF SUNITA KAPOOR


BY: _____
                          Sunita Kapoor,
                          Attorney for Plaintiff,
                          Richard Edward Worthy

IT IS SO ORDERED:

The entire action and all claims stated therein against defendants, are hereby dismissed with prejudice. Each Party shall bear all their respective attorney's fees and costs relating to the Action.

DATED:  July 8, 2022

_____
HON. EDWARD M. CHEN

NOTICE OF DISMISSAL AND ORDER
Docket No. 20-cv-05558-EMC